NOT FINAL UNTIL TIME EXPIRES TO FILE REHEARING
MOTION AND, IF FILED, DETERMINED

IN THE DISTRICT COURT OF APPEAL

OF FLORIDA

SECOND DISTRICT


LAMAR WARD,                         )
                                    )
            Appellant,              )
                                    )
v.                                  )        Case No. 2D18-1263
                                    )
STATE OF FLORIDA,                   )
                                    )
            Appellee.               )
_____)

Opinion filed March 13, 2019.

Appeal pursuant to Fla. R. App. P.
9.141(b)(2) from the Circuit Court for Polk
County; William D. Sites, Judge.

Lamar Ward, pro se.


PER CURIAM.


            Affirmed.


KELLY, MORRIS, and BADALAMENTI, JJ., Concur.